IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1178-KLM

TERRY MEYERS,

    Plaintiff,

v.

THE HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ Robert A. Brovege, Jr.        s/ Cynthia Mitchell

Robert A. Brovege, Jr.
BELL & POLLOCK, P.C.
5660 Greenwood Plaza Blvd.,
Suite 220
Greenwood Village, Colorado 80111
rborvege@bellpollock.com

Cynthia Mitchell
SHOEMAKER GHISELLI + SCHWARTZ, LLC
1811 Pearl Street
Boulder, CO 80302
cmitchell@sgslitigation.com

**SO ORDERED**

Dated: September 18, 2015

Hon. Kristen L. Mix
United States Magistrate Judge

2