IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01178-KLM

TERRY MEYERS,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Protective Order** [#23] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#23-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: September 29, 2015